UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZHEN LEI, individually and on behalf of all other employees similarly situated,

                Plaintiffs,

v.

HARYIN INC. d/b/a BLUE GINGER, ZAIEN CHEN, and RICKS CHEN,

                Defendants.

No. 16-CV-9018 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Plaintiff Zhen Lei's September 19, 2022 motion seeking to reopen the action pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure and enter judgment against Defendants in the amount of $42,000 plus pre-judgment interest. If Defendants intend to file a response to Plaintiff's motion, they shall do so no later than October 20, 2022. Plaintiff shall file a reply, if any, no later than October 27, 2022.

SO ORDERED.

Dated:    September 23, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge